Michael E. Smith, SBN 95927
Wiley R. Driskill, SBN 253913
**LOZANO SMITH**
7404 N. Spalding Avenue
Fresno, CA 93720-3370
Telephone: (559) 431-5600
Facsimile: (559) 261-9366
Email: wdriskill@lozanosmith.com

Attorneys for Defendants San Luis Coastal Unified School District; Eric Prater

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRISTINE KURK, *individual;* and SUSAN SHROLL, *individual*;<br><br>Plaintiffs,<br><br>v.<br><br>LOS RIOS CLASSIFIED EMPLOYEES ASSOCIATION; SERVICE EMPLOYEES INTERNATIONAL UNION LOCAL 620; LOS RIOS COMMUNITY COLLEGE DISTRICT; SAN LUIS COASTAL UNIFIED SCHOOL DISTRICT; JOHN KNIGHT, in his official capacity as President of the Board of Trustees of the Los Rios Community College District; ERIC PRATER in his official capacity as Superintendent of the San Luis Coastal Unified School District; and XAVIER BECERRA in his official capacity as Attorney General of California,<br><br>Defendants. | Case No.: 2:19-cv-00548-KJM-DB<br><br>**STIPULATION FOR EXTENSION OF TIME FOR DEFENDANTS SAN LUIS COASTAL UNIFIED SCHOOL DISTRICT AND ERIC PRATER TO FILE RESPONSIVE PLEADING**_____ |

## STIPULATION

Pursuant to Civil Local Rule 144, and Federal Rule of Civil Procedure 6, Plaintiffs KRISTINE KURK and SUSAN SHROLL ("Plaintiffs") and Defendants SAN LUIS COASTAL UNIFIED SCHOOL DISTRICT and ERIC PRATER ("Defendants") hereby stipulate as follows:

1. Plaintiffs filed their Complaint in the above-entitled matter on March 28, 2019, and Defendants returned their Waivers of Service of Summons on May 6 and May 10, 2019.

2. Defendants' response to the Complaint is currently due on May 28, 2019.

3. The parties have begun efforts to resolve this matter and so have mutually agreed that Defendants may have a thirty (30) day extension of time within which to file and serve a response to the Complaint.

Based on the foregoing, Defendants' deadline to answer or otherwise respond to the Complaint is now June 27, 2019.

IT IS SO STIPULATED.

Dated: May 28, 2019               /s/ Mariah Gondeiro

                                        Mariah Gondeiro
                                        Karin Sweigart
                                        FREEDOM FOUNDATION

                                        Attorneys for Plaintiffs
                                        KRISTINE KURK and SUSAN SHROLL

Dated: May 28, 2019               /s/ Wiley R. Driskill
                                        Wiley R. Driskill
                                        LOZANO SMITH

                                        Attorneys for Defendants SAN LUIS COASTAL UNIFIED
                                        SCHOOL DISTRICT and ERIC PRATER

J:\wdocs\00840\064\PLD\00655401.DOC

2

STIPULATION FOR EXTENSION OF TIME                    *Kurk, et al. v. Los Rios Classified Employees Assn, et al.*
TO FILE RESPONSIVE PLEADING                                                           2:19-cv-00548-KJM-DB

LOZANO SMITH
7404 N. Spalding Avenue Fresno, CA 93720-3370
Tel 559-431-5600  Fax 559-261-9366