Michael E. Smith, SBN 95927
Wiley R. Driskill, SBN 253913
**LOZANO SMITH**
7404 N. Spalding Avenue
Fresno, CA 93720-3370
Telephone: (559) 431-5600
Facsimile: (559) 261-9366
Email: wdriskill@lozanosmith.com

Attorneys for Defendants San Luis Coastal Unified School District; Eric Prater

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRISTINE KURK, *individual;* and SUSAN SHROLL, *individual*;<br><br>Plaintiffs,<br><br>v.<br><br>LOS RIOS CLASSIFIED EMPLOYEES ASSOCIATION; SERVICE EMPLOYEES INTERNATIONAL UNION LOCAL 620; LOS RIOS COMMUNITY COLLEGE DISTRICT; SAN LUIS COASTAL UNIFIED SCHOOL DISTRICT; JOHN KNIGHT, in his official capacity as President of the Board of Trustees of the Los Rios Community College District; ERIC PRATER in his official capacity as Superintendent of the San Luis Coastal Unified School District; and XAVIER BECERRA in his official capacity as Attorney General of California,<br><br>Defendants. | Case No.: 2:19-cv-00548-KJM-DB<br><br>**ORDER RE: STIPULATION FOR EXTENSION OF TIME FOR DEFENDANTS SAN LUIS COASTAL UNIFIED SCHOOL DISTRICT AND ERIC PRATER TO FILE RESPONSIVE PLEADING**<br><br>**[Doc. # 14]** |

---

1

ORDER RE: STIPULATION FOR EXTENSION  *Kurk, et al. v. Los Rios Classified Employees Assn, et al.*
OF TIME TO FILE RESPONSIVE PLEADING  2:19-cv-00548-KJM-DB

Plaintiffs and Defendants San Luis Coastal Unified School District and Eric Prater have stipulated as follows [see Doc. # 14]:

1. Plaintiffs filed their Complaint in the above-entitled matter on March 28, 2019, and Defendants returned their Waivers of Service of Summons on May 6 and May 10, 2019, respectively.

2. Defendants' response to the Complaint is currently due on May 28, 2019.

3. The parties have begun efforts to resolve this matter and so have mutually agreed that Defendants may have a thirty (30) day extension of time within which to file and serve a response to the Complaint.

Based on the foregoing stipulations, and good cause otherwise appearing,

IT IS HEREBY ORDERED THAT

Defendants' deadline to answer or otherwise respond to the Complaint is now June 27, 2019.

DATED: June 3, 2019.

_____
UNITED STATES DISTRICT JUDGE