1   Jesse J. Maddox, Bar No. 219091
    jmaddox@lcwlegal.com
2   LIEBERT CASSIDY WHITMORE
    A Professional Law Corporation
3   5250 North Palm Ave, Suite 310
    Fresno, California 93704
4   Telephone:    559.256.7800
    Facsimile:    559.449.4535
5
    Attorneys for Defendants Los Rios Community College District
6   and John Knight

7   Mariah Gondeiro, Bar No. 323683
    mgondeiro@freedomfoundation.com
8   Karin Sweigart, Bar No. 247462
    ksweigart@freedomfoundation.com
9   FREEDOM FOUNDATION
    P.O. Box 552
10  Olympia, WA 98507
    Telephone: (360) 956-3482
11  Facsimile: (360) 352-1874

12  Attorneys for Plaintiffs

13

14              UNITED STATES DISTRICT COURT

15           EASTERN DISTRICT OF CALIFORNIA

16  Kristine Kurk, individual; and Susan        Case No.:  2:19-cv-00548 KJM-DB
    Shroll, individual,
17                                              **STIPULATION FOR DEFENDANT LOS RIOS**
                    Plaintiffs,                 **COMMUNITY COLLEGE DISTRICT'S NON-**
18                                              **OPPOSITION AND RELEASE FROM COSTS**
         v.                                     **AND FEES; ORDER**
19
    Los Rios Classified Employees
20  Association; Service Employees
    International Union Local 620; Los Rios
21  Community College District; San Luis
    Coastal Unified School District; John
22  Knight, in his official capacity as
    President of the Board of Trustees of the
23  Los Rios Community College District;
    Eric Prater, in his official capacity as
24  Superintendent of the San Luis Coastal
    Unified School District; and Xavier
25  Becerra, in his official capacity as
    Attorney General of California,
26
                    Defendants.
27

28
                                        1

Liebert Cassidy Whitmore
A Professional Law Corporation
5250 North Palm Ave, Suite 310
Fresno, California 93704

## RECITALS

WHEREAS, on March 28, 2019, Plaintiffs Kristine Kurk and Susan Shroll ("Plaintiffs") filed a lawsuit against the defendants listed in the caption above, including the Los Rios Community College District and the President of its Board of Trustees, John Knight (referenced together below as the "LRCCD Defendants");

WHEREAS, on or about March 29, 2019, Plaintiffs' counsel mailed the LRCCD Defendants a "Notice of a Lawsuit and Request to Waive Service of a Summons";

WHEREAS, on April 26, 2019, counsel for the LRCCD Defendants mailed Plaintiffs' counsel executed waivers of service for the LRCCD Defendants;

WHEREAS, at all relevant times in this lawsuit, Plaintiff Kurk was a Los Rios Community College District employee;

WHEREAS, all allegations against the LRCCD Defendants in the complaint filed by Plaintiffs on March 28, 2019 ("Complaint") result from events and circumstances arising from Plaintiff Kurk's employment with the Los Rios Community College District and her participation in the Los Rios Classified Employees Association;

WHEREAS, if Plaintiffs prevail in this lawsuit, they will be entitled to recover their attorneys' fees and costs from the defendants;

WHEREAS, the LRCCD Defendants are not interested in contesting the merits of the allegations in the Complaint or being exposed to payment of Plaintiffs' costs and attorneys' fees should Plaintiffs ultimately prevail;

THEREFORE, Plaintiffs and the LRCCD Defendants (collectively referenced as "the Parties") hereby stipulate as follows:

## STIPULATION

IT IS HEREBY STIPULATED by and between the Parties, by and through their respective counsel of record, that the LRCCD Defendants shall remain as defendants in Plaintiffs' lawsuit, but shall not oppose or otherwise contest the allegations or underlying legal theories in the Complaint. In exchange for the LRCCD Defendants' agreement not to oppose the allegations

2

or underlying legal theories in the Complaint, Plaintiffs shall waive their right to recover attorneys' fees and costs from the LRCCD Defendants if Plaintiffs prevail in the lawsuit.

This Stipulation does not prevent or limit Plaintiffs' ability to conduct discovery or the LRCCD Defendants' ability to object to and oppose Plaintiffs' discovery requests.

Should the LRCCD Defendants oppose the allegations or underlying legal theories in the Complaint, this Stipulation shall be null and void.

SO STIPULATED.

Dated: May 20, 2019                          LIEBERT CASSIDY WHITMORE

By:      /s/ Jesse J. Maddox
Jesse J. Maddox
Attorneys for Defendants Los Rios
Community College District and John
Knight

Dated: May 24, 2019                          FREEDOM FOUNDATION

By:      /s/ Mariah Gondeiro as authorized on 5/24/2019
Mariah Gondeiro
Karin Sweigart
Attorneys for Plaintiffs Kristine Kurk
and Susan Shroll

**IT IS SO ORDERED**:

Dated: June 20, 2019.

UNITED STATES DISTRICT JUDGE

Liebert Cassidy Whitmore
A Professional Law Corporation
5250 North Palm Ave, Suite 310
Fresno, California 93704

Stipulation for Defendant Los Rios Community College District's Non-Opposition and Release From Costs and Fees

8890121.1 LO185-019