1  Mariah Gondeiro, Cal. Bar No. 323683
   Email: mgondeiro@freedomfoundation.com
2  Karin Sweigart, Cal. Bar No. 247462
   Email: ksweigart@freedomfoundation.com
3  Freedom Foundation
   P.O. Box 552
4  Olympia, WA 98507
   Telephone: (360) 956-3482
5  Facsimile: (360) 352-1874

6  *Attorneys for Plaintiffs*

7  ## UNITED STATES DISTRICT COURT

8  ### EASTERN DISTRICT OF CALIFORNIA

9  KRISTINE KURK, *et al*.,                    Case No.: 2:19-cv-00548-KJM-DB

10                     Plaintiff,

11         v.                                  **NOTICE OF VOLUNTARY DISMISSAL OF PLAINTIFF SUSAN SHROLL PURSUANT TO F.R.C.P 41(a)(1)(A)(i) WITHOUT PREJUDICE**

12  LOS RIOS CLASSIFIED EMPLOYEES
    ASSOCIATION, *et al*.,

13                     Defendant

14

15                          **STIPULATION**

16         WHEREAS Plaintiffs filed their Complaint in the above-entitled matter on March 28,

17  2019;

18         WHEREAS all parties agreed by way of stipulation (Dkt. Nos. 12 - 17) to extend the

19  responsive pleading deadlines for the various Defendants to either June 25, 2019, or June 27,

20  2019;

21         WHEREAS pursuant to the Local Rules and this Court's Standing Order counsel for

22  Plaintiffs and counsel for Defendant Service Employees International Union Local 620 ("SEIU

NOTICE OF VOLUNTARY DISMISSAL - 1

FREEDOM
FOUNDATION
P.O. Box 552, Olympia, WA 98507
P: 360.956.3482 | F: 360.352.1874

Local 620") met and conferred regarding a proposed motion by Defendant SEIU Local 620 pursuant to Federal Rules of Civil Procedure 20 and 21 to sever and dismiss Plaintiff Shroll's claims without prejudice on Thursday, June 20, 2019, and again by e-mail and telephone thereafter;

WHEREAS as a result of that meet and confer and in light of Plaintiff Susan Shroll's non-opposition to Defendant SEIU's proposed motion, Plaintiff Shroll agreed to voluntarily dismiss her claims pursuant to F.R.C.P. 41(a)(1)(A)(i) without prejudice;

THEREFORE, since Defendants have neither answered nor filed a motion for summary judgment, Plaintiff Susan Shroll pursuant to F.R.C.P 41(a)(1)(A)(i) hereby dismisses her claims asserted against all Defendants without prejudice.  This results in the dismissal of all claims against Defendant SEIU Local 620, Defendant San Luis Coastal Unified School District, and Defendant Eric Prater, Superintendent of the San Luis Coastal Unified School District.

Dated: June 25, 2019                          /s/ Karin Sweigart

                                             Mariah Gondeiro
                                             Karin Sweigart
                                             FREEDOM FOUNDATION

                                             Attorneys for Plaintiffs
                                             KRISTINE KURK and SUSAN SHROLL

NOTICE OF VOLUNTARY DISMISSAL - 2

FREEDOM FOUNDATION
P.O. Box 552, Olympia, WA 98507
P: 360.956.3482 | F: 360.352.1874